■ THOMAS WESTER, Appellant, v STATE OF NEW YORK, Respondent. (Claim No. 85137.) [668 NYS2d 102] —In a claim to recover damages for personal injuries, the claimant appeals from a judgment of the Court of Claims (Ruderman, J.), dated November 13, 1996, which, after a trial, dismissed his claim.

Ordered that the judgment is affirmed, without costs or disbursements.

Great weight should be accorded to a trial court's determinations, particularly where, as here, they rest upon the resolution of issues of credibility and assessment of the weight of the evidence (*see, Amend v Hurley*, 293 NY 587; *Levy v Kurpil*, 168 AD2d 881, 882; *Cordts v State of New York*, 125 AD2d 746; *Arnold v State of New York*, 108 AD2d 1012). Here, the claimant failed to adequately prove his claim that New York State Troopers used excessive force in subduing him after he led them on a high-speed chase and resisted arrest (*see, Davis v State of New York*, 203 AD2d 234). Inasmuch as the court's determination as to witness credibility was based upon a fair interpretation of the evidence, we decline to disturb it on appeal (*see, Vizzari v State of New York*, 184 AD2d 564; *Matter of Kaplan v Werlin*, 215 AD2d 387, 388; *Bernstein v Sosnowitz*, 198 AD2d 204). Joy, J. P., Krausman, Florio and McGinity, JJ., concur.